AO 432
(Rev. 2/84)

**Administrative Office of the United States Courts**

## WITNESS AND EXHIBIT RECORD

| DATE 5/22/07 | CASE NUMBER 07-105M | OPERATOR KINCAID | | | PAGE NUMBER | |
|---|---|---|---|---|---|---|
| NAME OF WITNESS | | DIRECT | CROSS | REDIRECT | ~~RECROSS~~ | PRESIDING OFFICIAL |
| Gov WITNESS ATF Special AGENT DIANE IORDELLA | | 11:51 am | 11:55 am | 12:07pm | 12:10 excused | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| Gov 1 | Copy of Criminal Complaint & Affidavit | NO OBJ | NO OBJ. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

FILED

MAY 22 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE