IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-081 JJF |
| JONATHAN JACKSON, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, a Memorandum of Plea Agreement has been filed in the above-captioned case (D.I. 11);

NOW THEREFORE, IT IS ORDERED that:

1. A Rule 11 hearing will be held on **Wednesday, August 22, 2007 at 9:30 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. The time between the date of this Order and August 22, 2007, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

July 25, 2007
DATE

UNITED STATES DISTRICT JUDGE