IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-081 JJF |
| JONATHAN JACKSON, | : |
| Defendant. | : |

### O R D E R

WHEREAS, Defendant's Sentencing has been set for Friday, December 7, 2007, at 11:30 a.m.;

WHEREAS, the scheduled time of the Sentencing conflicts with another scheduled matter;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Sentencing will be held on Friday, December 7, 2007, **at 10:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

November 29, 2007
DATE

Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE

FILED
NOV 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE